AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| HOT GIRL WALK LLC, A DELAWARE LLC<br><br>*Plaintiff(s)*<br>v.<br>M&L MIA LLC, A FLORIDA LLC<br>MONICA VILLEGAS<br>LUCIA DI TORE<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:23-cv-22575-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  M&L MIA LLC, A FLORIDA LLC
4745 NW 84TH CT, UNIT 22, MIAMI, FL 33166

REGISTERED AGENT: LEGALINC CORPORATE SERVICES INC.
476 RIVERSIDE AVE, JACKSONVILLE, FL 32202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CATHERINE F. HOFFMAN
DICKINSON WRIGHT PLLC
350 E. LAS OLAS BLVD., SUITE 1750
FT. LAUDERDALE, FL 33301
TEL: (954) 991-5420

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 12, 2023



Angela E. Noble
Clerk of Court

SUMMONS

*s/ R. Bissainthe*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| HOT GIRL WALK LLC, A DELAWARE LLC <br><br> *Plaintiff(s)* <br> v. <br> M&L MIA LLC, A FLORIDA LLC <br> MONICA VILLEGAS <br> LUCIA DI TORE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:23-cv-22575-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MONICA VILLEGAS
4745 NW 84TH CT, UNIT 22
MIAMI, FL 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CATHERINE F. HOFFMAN
DICKINSON WRIGHT PLLC
350 E. LAS OLAS BLVD., SUITE 1750
FT. LAUDERDALE, FL 33301
TEL: (954) 991-5420

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 12, 2023

Angela E. Noble
Clerk of Court



**SUMMONS**

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HOT GIRL WALK LLC, A DELAWARE LLC <br><br> *Plaintiff(s)* <br> v. <br> M&L MIA LLC, A FLORIDA LLC <br> MONICA VILLEGAS <br> LUCIA DI TORE <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-22575-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LUCIA DI TORE
　　　　　　　　　　　　　　　　　　321 NE 26TH ST
　　　　　　　　　　　　　　　　　　MIAMI, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　CATHERINE F. HOFFMAN
　　　　　　　　　　　　　　　　　　　DICKINSON WRIGHT PLLC
　　　　　　　　　　　　　　　　　　　350 E. LAS OLAS BLVD., SUITE 1750
　　　　　　　　　　　　　　　　　　　FT. LAUDERDALE, FL 33301
　　　　　　　　　　　　　　　　　　　TEL: (954) 991-5420

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 12, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ R. Bissainthe*
Deputy Clerk
U.S. District Courts