# EXHIBIT 2

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **HOT GIRL WALK LLC,**<br><br>**a Delaware limited liability company,**<br><br>    Plaintiff,<br><br>v.<br><br>**M&L MIA LLC formerly known as HOT GIRL WALK MIAMI LLC a Florida limited liability company, Monica Villegas, an individual, Lucia Di Tore, an individual.**<br><br>    Defendants. | Case No. 1:23-cv-22575-JEM<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to the parties' Confidential Settlement Agreement (not filed herein), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hot Girl Walk, LLC("Plaintiff") and Defendants, M&L Mia LLC Formerly Known As Hot Girl Walk Miami LLC, Monica Villegas, Lucia Di Tore (collectively, "Defendants"), through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims asserted in this lawsuit.

This Court has retained jurisdiction of the parties and this dispute for the purpose of making any further orders necessary or proper for the interpretation, modification or enforcement of the Consent Order or the parties' underlying settlement agreement.

Each party shall bear its own costs and attorneys' fees, except as set forth in the underlying Confidential Settlement Agreement.

Respectfully submitted this the   18th   day of    June   , 2024.

**IT IS SO AGREED AND STIPULATED:**

| **Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**<br><br>__/s/ Catherine F. Hoffman__<br><br>Catherine F. Hoffman<br><br>choffman@bakerdonelson.com<br><br>200 East Broward Blvd. Suite 2000<br><br>Fort Lauderdale, FL 33301<br><br>Tel: (954) 768-1644<br><br>*Counsel for Plaintiff* | **Jayaram Law**<br><br>_/s/ Christina Mastrucci Lehn_____<br><br>Christina Mastrucci Lehn<br><br>Christina@jayaramlaw.com<br><br>54 W. 21st Street, Suite 801<br><br>New York, NY 10010<br><br>Tel: (305) 204-5847<br><br>*Counsel for Defendants* |